PHILLIP A. TALBERT
United States Attorney
STEVEN S. TENNYSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814-2322
Telephone: (916) 554-2700

Attorneys for the United States

FILED

Apr 17, 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE ADMINISTRATIVE INSPECTION OF JOAN S. RUBINGER, FNP C/O ROLAND WINTER, MD: | **RETURN FOR ADMINISTRATIVE INSPECTION WARRANT** <br><br> 2:24-sw-0323 CKD |

The undersigned, Nia Smith, being duly sworn, declares:

1.      I am a duly appointed Diversion Investigator with the Drug Enforcement Administration ("DEA"), United States Department of Justice. As such, I am charged with the duty of enforcing the Comprehensive Drug Abuse Prevention and Control Act of 1970, 21 U.S.C. § 801, *et seq.*

2.      Under 21 U.S.C. § 880(d)(3), the DEA is required to file a written inventory of any property taken during the inspection. This "return" must be filed "with the clerk of the district court of the United States for the judicial district in which the inspection was made." *Id.* at § 880(d)(4).

3.      On March 28, 2024, I performed an Administrative Inspection of Joan Sleven Rubinger's registered premises. I did not receive any property or documents from those premises.

I declare the foregoing is true and correct under the penalty of perjury.

Dated: April 15, 2024          By: _Nia Smith_____
                                        NIA SMITH
                                        Diversion Investigator
                                        Drug Enforcement Administration

RETURN                          1